STRONG et al. v. WESTERFIELD. (Circuit Court of Appeals, Eighth Circuit. July 29, 1922.) No. 6064. Appeal from the District Court of the United States for the District of New Mexico. O. N. Marron and Francis E. Wood, both of Albuquerque, N. M., for appellants. F. O. Westerfield, of Albuquerque, N. M., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties. Mandate to issue forthwith.

---

THE TABOR. (Circuit Court of Appeals, Second Circuit. November 23, 1922.) No. 87. Appeal from the District Court of the United States for the Eastern District of New York. Libel in admiralty by the Warner Sugar Refining Company against the steamship Tabor, of which the Wilhelmsens Dampskibs Aktieselskabet was claimant. Decree for libelant (274 Fed. 880), and claimant appeals. Affirmed. Haight, Smith, Griffin & Deming, of New York City (H. M. Hewitt, of New York City, of counsel), for appellant. V. H. Smith, of New York City, for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

TUCKER v. UNIVERSAL AUTO CO. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 35. Appeal from the District Court of the United States for the District of Connecticut. Suit in equity by Charles F. Tucker against the Universal Auto Company. Decree for complainant (277 Fed 469), and defendant appeals. Affirmed. Parsons & Bodell, of Syracuse, N. Y., for appellant. Heath Sutherland, of Hartford, Conn., for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

UNITED STATES v. SEABOARD AIR LINE RY. CO., et al. (Circuit Court of Appeals, Fourth Circuit. May 1, 1922.) No. 1921. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. Francis H. Weston, U. S. Atty., of Columbia, S. C., J. Waties Waring, Asst. U. S. Atty., of Charleston, S. C., and Howard W. Ameli, of Washington, D. C., for the United States. Buist & Buist, of Charleston, S. C., for defendants in error.

PER CURIAM. Order granting writ of error from Supreme Court filed.

---

WADDELL & SONS, Inc., v. PARNELL. (Circuit Court of Appeals, Fifth Circuit. November 14, 1922.) No. 3797. In Error to the District Court of the United States for the Northern District of Texas; James Clifton Wilson, Judge. Action at law by Waddell & Sons, Inc., against J. D. Parnell. Judgment for defendant, and plaintiff brings error. Affirmed. William R. Watkins, of Wichita Falls, Tex. (Kenneth W. Tapp, of Kansas City, Mo., and Jos. H. Aynesworth, of Wichita Falls, Tex., on the brief), for plaintiff in error. Charles C. McDonald, of Wichita Falls, Tex., for defendant in error. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.